In the Federal District Court
District of Massachusetts

Motion to open case for jury

In 2020, I filed a case in federal district of this district, Greene vs State of Mass, et. al.

FILED
IN CLERKS OFFICE
2026 SEP 25 P 12:43
U.S. DISTRICT COURT
DISTRICT OF MASS.

Injunction

It was too broadly stated to sue the State of Massachusetts however there was a legal issue affecting me and it still exists. It was misparaphrased and it was abusive to my character and to the legal dispositions. I am further vulnerable in Aspire, trafficked from Belmont police, by Cambridge District Court, to violate my safety and was trafficked into Framingham jail to witness cruel abuses there that were never addressed by the judge, a graduate of Harvard Law School. I request a Judge that is not

a conflict-of-interest with Harvard, and to save my son's life. Aspire Claim they trafficked my son M. I request injunction to be released from this to hire my own lawyers. I am not guilty of these charges.

Lauren Greene
9/21/26

citizensagainstforensicpsych@gmail.com
tomatorosehybridproject@gmail.com

Release me from Aspire for human rights and to resist forensic psych.

Stop the construction at Harvard McLean, Stop the construction of the Children's and Adolescent Units / Residential. It is an insane plan for the education system! Stop all Harvard's psych catchment.

Harvard McLean Square Homeless Shelter
July 6-20th and a month delay
of my paycheck from Cambridge
elections Commission. Furthermore
Belmont Police have stolen from me
and there are verbal reports at
Harvard Central Library that my
son was caused severe abuse at a
DHS Camp in Cambridge this summer
without my permission, and harmed
at Harvard McClean. I demand
exemplary personal injury compensation
including State Police from 4,000,000
in compensation and safety of my
son, help to salvage his remains if he
was trafficked here. I am severly
restricted from this complex and pray
for support of the State for Work
Release to Retrofit Aspire into a
Hydroponic Food Lab and
Commercial Farm. I have the
right to due process, to refuse
forensic psychiatry, and to control
my medical rights

The legal issues were psychiatric conspiracy at McLean Hospital, the human rights abuses of processing at Framingham jail, that I observed of the women bowing and placing their heads over stairs/stool, I tried to reach out to other lawyers and employers from Aspire and have tried writing to the United Nations in New York. I have no guarantees anything is being sent out. I would appreciate acknowledgment of my right to refuse forensic psychiatry. I have not agreed to forensic interviews. I was further stopped by State Police of Massachusetts on October 8, 2024 at Logan from flying to Geneva to save my son's life, and I was falsely accused of a felony assault charge at Cambridge Hospital Dec 29, 2024 when I was not asking for a psychiatrist, as the false Cambridge Police report claims. I am a victim of abusive military abortion drugging at